UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANVS CORPORATION,

    Plaintiff,

v.       Case No: 2:14-cv-180-FtM-38CM

FLIR SYSTEMS, INC.,

    Defendant.

### ORDER

Before the Court is the Joint Motion of FLIR Systems, Inc. and CANVS Corporation to: (1) Extend Deadline for Parties to Meet for the Purpose of Filing Case Management Report; (2) Appear Telephonically for the L.R. 3.05(c)(2)(B) Meeting of the Parties; and (3) Permit In-House Counsel for FLIR Systems, Inc. to Attend August 18, 2014 Hearing By Telephone ("Motion") (Doc. 24), filed on June 20, 2014.

By the Motion, the parties are requesting an extension of the deadline from June 23, 2014 until July 2, 2014 by which the parties are required to meet and prepare a Case Management Report. Doc. 24 at 1-2. In support of this request, the parties state that the preliminary pretrial conference previously scheduled for June 23, 2014 was rescheduled to August 18, 2014; and therefore no party will be prejudiced by the extension. *Id.* at 2; *see* Doc. 23. In light of the joint request and the rescheduling of the preliminary pretrial conference, the Court finds good cause to grant the brief extension requested.

The parties also request permission to conduct the Case Management Conference by telephone, and in support state that lead counsel for Plaintiff is located in Washington, D.C. and lead counsel for Defendant is located in Irvine, California. Doc. 24 at 2. Middle District of Florida Local Rule 3.01(i) states that "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Upon consideration of the Motion, and in the spirit of the Local Rules, the Court will waive the in-person requirement of the Case Management Report, and the parties may meet telephonically.

Finally, Defendant FLIR Systems, Inc. requests that its Chief Intellectual Property counsel be permitted to attend the preliminary pretrial conference by telephone. Doc. 24 at 2. In support of the request, Defendant states that its lead outside counsel will appear in person at the preliminary pretrial conference. *Id.* The Court finds good cause to permit FLIR Systems, Inc.'s Chief Intellectual Property counsel to appear at the preliminary pretrial conference by telephone, particularly given that Defendant will be represented at the preliminary pretrial conference by its lead outside counsel, who will appear in person.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion of FLIR Systems, Inc. and CANVS Corporation to: (1) Extend Deadline for Parties to Meet for the Purpose of Filing Case Management Report; (2) Appear Telephonically for the L.R. 3.05(c)(2)(B) Meeting of the Parties;

and (3) Permit In-House Counsel for FLIR Systems, Inc. to Attend August 18, 2014 Hearing By Telephone (Doc. 24) is **GRANTED**.

    a.    The deadline by which the parties must meet to prepare a Case Management Report shall be extended **up to and including July 2, 2014**.

    b.    The parties may conduct the case management conference telephonically.

    c.    Defendant FLIR Systems, Inc.'s Chief Intellectual Property counsel may appear at the preliminary pretrial conference by telephone. Counsel should contact Leslie Friedmann, Courtroom Deputy to the Honorable Sheri Polster Chappell, at (239) 461-2068 for call-in instructions.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of June, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record